UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PIERO MELLITS,
                      Plaintiff,

          -against-                     21 Civ. 7310 (LGS)

MCLAREN ENGINEERING GROUP,         ORDER

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated November 2, 2021, an initial pretrial conference was scheduled for December 2, 2021 at 11:00 a.m., and the parties were required to submit a joint status letter and proposed case management plan at least seven calendar days before the conference.

      WHEREAS, Defendant has not appeared in this case, and Plaintiff was directed to serve a copy of the Court's November 2, 2021, Order on Defendant by November 9, 2021.

      WHEREAS, the parties failed to submit the joint status letter and proposed case management plan.  It is hereby

      **ORDERED** that Plaintiff shall file proof of service of the Court's November 2, 2021, Order by **December 1, 2021** at **12:00 p.m**.  It is further

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan by **December 1, 2021**, and shall explain why they have not complied with Court deadlines. If Plaintiff has not been in communication with Defendant, then Plaintiff shall move to adjourn the initial pretrial conference by **December 1, 2021**.

Dated: November 29, 2021
      New York, New York

                                                  LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE